VENA BRIGGS, Respondent, v. H. E. WILSON, INCORPORATED, Defendant, and STEWART & BENNETT, INCORPORATED, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $5,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. All concur, except Taylor and Thompson, JJ., who dissent and vote for affirmance.

CHARLES BRIGGS, Respondent, v. H. E. WILSON, INCORPORATED, Defendant, and STEWART & BENNETT, INCORPORATED, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $2,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur, except Taylor and Thompson, JJ., who dissent and vote for affirmance.

JOSEPHINE DIFELICE and Another, as Executors, etc., of MARIA DESIDERIO, Deceased, and Another, Respondents, v. NATIONAL SURETY COMPANY OF NEW YORK, Defendant, and THE TOWN OF BRIGHTON and Others, Appellants.— Judgment affirmed, with costs, on the authority of the language used in the opinion in *Matter of Cheesman* (236 N. Y. 47, 51). All concur.

In the Matter of Proving the Last Will and Testament of NELLIE E. URTH, Deceased.— Decree and order affirmed, with costs to the respondents payable out of the estate. All concur.

FRANCIS E. PAYMENT and Another, Respondents, v. ARLO W. BACON and Another, Appellants, and WILLIAM J. BRIDLE, Defendant.— Judgment modified on the law and facts by reducing the money judgment to twenty dollars, and as so modified affirmed, with costs to the respondents. Finding of fact No. 12 disapproved and reversed on the law and the facts. All concur.

ROLAND F. GORE, Appellant, v. PENNSYLVANIA RAILROAD COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. [144 Misc. 639.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO MORREALE, Appellant, Impleaded with Others, Defendants.— Judgment of conviction and order affirmed. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM RYDER, Appellant.— Judgment of conviction and orders affirmed. (See *Greenfield* v. *People*, 85 N. Y. 75, 87.) All concur.

ELIZABETH HERBOLD, Respondent, v. F. W. WOOLWORTH COMPANY, Appellant. — Judgment and order affirmed, with costs. All concur, except Edgcomb and Crosby, JJ., who dissent and vote for reversal on the law and facts and dismissal of the complaint, on the ground that the finding of negligence on the part of the defendant is contrary to and against the weight of the evidence.